UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHELDON LEE HUTCHINS,
    Plaintiff,

vs.                              Case No.:  3:20cv5952/MCR/ZCB

DAVID MICHAEL ROWELL, et al.,
    Defendants.
_____/

## ORDER

Defendants Campbell, Hays, Rowell, and Schultz filed a motion to dismiss Plaintiff's Fifth Amended Complaint.  (Doc. 44).  Shortly thereafter, Defendant Pendleton filed a motion to dismiss.  (Doc. 56).  The Court set a deadline of March 27, 2023, for Plaintiff to file a combined response to both motions to dismiss.  (Doc. 74).

Defendant Nowlin, the last-served Defendant, has now filed a motion to dismiss, asserting essentially the same arguments as the other Defendants.  (Doc. 81).  Considering the similarity in Defendants' arguments, Plaintiff will be required to include *all* of his arguments in opposition to *all* of the motions to dismiss (Docs. 44, 56, 81) in *one* responsive memorandum.

Accordingly, it is **ORDERED**:

The deadline for Plaintiff to file a combined response to *all* of Defendants' motions to dismiss (Docs. 44, 56, 81) is **April 27, 2023**.

**DONE AND ORDERED** this 16th day of March 2023.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge