UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHELDON LEE HUTCHINS,
    Plaintiff,

vs.                              Case No.:  3:20cv5952/MCR/ZCB

DAVID MICHAEL ROWELL, et al.,
    Defendants.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on August 21, 2023.  (Doc.124).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The deadline for filing objections has passed with no objections filed.

Having considered the Report and Recommendation, and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (Doc. 124) is adopted and incorporated by reference in this order.

2.    The motions to dismiss filed by Defendants (Docs. 44, 56, 81) are **GRANTED IN PART AND DENIED IN PART** as follows:

1

      a.    The motions to dismiss (Docs. 44, 56, 81) are **GRANTED** as to Plaintiff's official capacity claims against all Defendants;

      b.    The motion to dismiss filed by Defendants Schultz and Rowell (Doc. 44) are **GRANTED** as to Plaintiff's individual capacity claims that Defendants Schultz and Rowell used excessive force, but be **DENIED** as to Plaintiff's individual capacity claims that Defendants Schultz and Rowell failed to intervene;

      c.    The motions to dismiss filed by Defendants Hays, Campbell, Pendleton, and Nowlin (Docs. 44, 56, 81) are **DENIED** as to Plaintiff's individual capacity excessive force and failure to intervene claims.

3.    This case is recommitted to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this 30th day of September 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**