UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHELDON LEE HUTCHINS,

    Plaintiff,

vs.                                      Case No.: 3:20cv5952/MCR/ZCB

DAVID MICHAEL ROWELL, et al.,

    Defendants.
_____/

## **ORDER**

    The magistrate judge issued a Report and Recommendation on March 15, 2024. (Doc. 191). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

    Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

    Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation (Doc. 191) is adopted and incorporated by reference in this order.

2. Plaintiff's motion for preliminary injunctive relief (Doc. 185) is **DENIED**.

**DONE AND ORDERED** this 30th day of March, 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**