UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHELDON LEE HUTCHINS,

    Plaintiff,

v.                                        Case No. 3:20cv5952-MCR-HTC

DAVID MICHAEL ROWELL, et al.,

    Defendants.
_____/

## ORDER

Plaintiff Sheldon Lee Hutchins has filed a motion requesting appointment of counsel. Doc. 209. Considering the parties' motions for summary judgment have been denied, Doc. 198, and this case is moving toward trial, the Court will grant Plaintiff's motion and direct the clerk to issue a notice to all attorneys registered with the Court's electronic filing system inviting an attorney to represent Plaintiff.

This Order is merely a request for an attorney to represent Plaintiff; an attorney may decline to appear in this case. Plaintiff, therefore, should continue to prosecute his case and continue to comply with all Court orders at this time.

Accordingly, it is ORDERED:

1.    Hutchins' motion requesting appointment of counsel, Doc. 209, is GRANTED to the extent set forth in this Order.

2. The clerk shall issue a notice to all attorneys registered with the Court's electronic filing system, and publish on the Court's website, the notice soliciting an attorney set forth below. The notice must state:

> This is a notice of an opportunity to provide representation in the case of *Hutchins v. Rowell, et al.*, Case No. 3:20cv5952-MCR-HTC.
>
> Plaintiff Sheldon Lee Hutchins is currently serving a sentence in the Florida Department of Corrections. Plaintiff brings Fourth Amendment excessive force and failure to intervene claims against the Defendants, who are deputies with the Santa Rosa County Sheriff's Office. The incident forming the basis of the claims occurred while Plaintiff was being booked into the Santa Rosa County Jail. Further detail is provided in the fifth amended complaint (Doc. 30), and the order and report and recommendation denying the parties' motions for summary judgment (Docs. 193 & 198). The parties are currently preparing for trial.
>
> Members of the district's bar will be afforded access to the electronic docket without charge for the purpose of considering whether to undertake the representation of Plaintiff. An attorney who wishes to provide representation may contact Plaintiff[1] directly, work out a fee arrangement that is satisfactory to both Plaintiff and counsel,[2] and may enter the case by filing a notice of appearance. Limited funds are sometimes available from the district's Bench and Bar Fund for the payment of out-of-pocket expenses incurred by an attorney providing pro bono representation.

DONE AND ORDERED this 21st day of October, 2024.

*s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Plaintiff is currently incarcerated at Santa Rosa Correctional Institution in Milton, Florida.
[2] The Court encourages attorneys to consider representing Hutchins pro bono.