UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHELDON LEE HUTCHINS,

    Plaintiff,

v.                                Case No. 3:20cv5952-MCR-HTC

DAVID MICHAEL ROWELL, et al.,

    Defendants.
_____/

## ORDER

This civil rights case is before the Court upon referral from the clerk. The parties have filed their pretrial materials, and the case is ready for trial. *See* Doc. 204 (Plaintiff's pretrial materials); Doc. 205 (Defendants' pretrial materials).

Accordingly, it is ORDERED:

The clerk shall refer this case to the District Judge for trial.

DONE AND ORDERED this 21st day of October, 2024.

                              *s/ Hope Thai Cannon*
                              **HOPE THAI CANNON**
                              **UNITED STATES MAGISTRATE JUDGE**