UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT OF FLORIDA
PENSACOLA DIVISION

SHELDON LEE HUTCHINS,

    Plaintiff,

v.                                   CASE NO. 3:20-cv-5952/MCR/ZCB

DAVID MICHAEL ROWELL, et al.,

    Defendants.
_____/

## NOTICE OF SERVICE OF DEFENDANTS PATRICK CAMBELL, AARON NOWLIN, ERIC HAYS, DAVID ROWELL, KURT SHULTZ, AND JOHN PENDLETON'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF

NOTICE IS HEREBY GIVEN that Defendants PATRICK CAMBELL, AARON NOWLIN, ERIC HAYS, DAVID ROWELL, KURT SHULTZ, and JOHN PENDLETON have served their Rule 68 Offer of Judgment to Pro Se Plaintiff on this 21st day of October 2024 via regular U.S. Mail as follows:

    SHELDON LEE HUTCHINS
    N71051
    SANTA ROSA CORRECTIONAL INSTITUTION
    5850 EAST MILTON ROAD
    MILTON, FL 32583

Respectfully submitted this 21st day of October 2024.

| WARNER LAW FIRM, P.A. | COPPINS MONROE, P.A. |
|---|---|
| /s/ Timothy M. Warner | /s/ Zackery A. Scharlepp |
| TIMOTHY M. WARNER | ZACKERY A. SCHARLEPP |
| Florida Bar No. 0642363 | Florida Bar No. 0085374 |
| ALYSSA M. YARBROUGH | 2316 Killearn Center Blvd., Suite 202 |
| Florida Bar No. 0103407 | Tallahassee, Florida 32309 |
| 501 West 11th Street, Suite A | Telephone No.: (850) 422-2420 |
| Panama City, Florida 32401 | zascharlepp@coppinsmonroe.com |
| Telephone No.: (850) 784-7772 | bmiller@coppinsmonroe.com |
| pleadings@warnerlaw.us | cmarchena@coppinsmonroe.com |
| *Counsel for Defendants Hays, Rowell, Schultz, Nowlin, and Campbell* | *Counsel for Defendant Pendleton* |

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3) and N.D. Florida Local Rule 5.1, this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court. Additionally, a copy of the above document has been provided this 21st day of October 2024 to Plaintiff, pro se, via regular U.S. Mail at the following address:

SHELDON LEE HUTCHINS
N71051
SANTA ROSA CORRECTIONAL INSTITUTION
5850 EAST MILTON ROAD
MILTON, FL 32583

/s/ Zackery A. Scharlepp
Attorney